AARON ERICKSON AND OTHERS, PLAINTIFFS, v. MARY ANN QUINN, AND OTHERS, DEFENDANTS.

*Motion to set aside judgment — granted on ground of its satisfaction by execution sale — execution cannot thereafter be attacked by successful party as void.*

When a motion is made to set aside a judgment, on the ground that it had been satisfied by a sale had under an execution issued thereon, and such motion is granted, the successful party cannot thereafter set up the claim that the execution itself was irregular, and therefore void. The court will not permit a party to thus blow hot and cold, and will take judicial notice of such proceedings to set aside the judgment.

EXCEPTIONS ordered to be heard in first instance at General Term.

The action was brought for the recovery of possession of certain lands in Rochester, to which the plaintiff made title under a sale had under an execution against one O'Maley. The defendant, Mary A. Quinn, claimed to own the land as grantee and heir at law of O'Maley. The other defendants were her tenants.

*George F. Danforth*, for the plaintiffs.

*J. C. Cochrane*, for the defendants.

Opinion by GILBERT, J.

Exceptions overruled, and judgment ordered for plaintiffs.